# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162118-20(72)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SHELBY ROSE SOWLE,
            Plaintiff-Appellee,
and

HANGER PROSTHETICS AND ORTHOTICS,
INC., doing business as HANGER CLINIC,
            Intervening Plaintiff-Appellee,

v

ESURANCE INSURANCE COMPANY,
            Defendant-Appellant.
_____/

SC: 162118, 162119, 162120
COA: 346289, 347819, 348538
Ingham CC: 17-000035-NF

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply submitted on December 4, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____December 8, 2020_____

                                                              Clerk